BEFORE THE THIRD DIVISION, JULY 26, 1938

**No. 39106.**—Protest 938909–G of American Express Co. (Boston).

Opinion by CLINE, J. On the record presented the protest was overruled.

**No. 39107.**—Protest 719077–G of Agua Caliente Jockey Club (San Diego).

Opinion by KEEFE, J. No export declaration was filed covering the horses in question. As the requirement of proof of identity under the regulations is mandatory for free entry as American goods returned under paragraph 1615, the protest was overruled.

JULY 25, 1938

**No. 39108.**——Protest 761906–G of Justin Rharaud, Inc. Abstract 38876. Application by plaintiff for rehearing granted.

**No. 39109.**——Protests 821891–G, etc., of Cambosco Scientific Co. et al. Abstracts 38900 and 38902. Application by plaintiffs for rehearing granted.

JULY 26, 1938

**No. 39110.**——Protests 865293–G (B), etc., of Penson & Co. (Import Bag & Bead Corp.). Abstract 38902. Application by plaintiffs for rehearing granted.

JULY 25, 1938

**No. 39111.**—SUIT 4143.— *United States* v. *Monteverde & Parodi, Inc., Parodi Erminio & Co.* Abstract 36753 reversed.

BEFORE THE SECOND DIVISION, JULY 27, 1938

**No. 39112.**—Protests 452619–G, etc., of M. Liotta, Inc. (New York).

Opinion by TILSON, J. Alençon laces similar to those involved in *United States* v. *Caesar* (18 C. C. P. A. 106, T. D. 44067) were held dutiable at 75 percent under paragraph 1430. Articles in chief value of cellulose filaments similar to those involved in Abstract 37230 were held dutiable at 60 percent under paragraph 31.